679 A.2d 1265

**MONROE COUNTY AMBULANCE ASSOCIATION,
General Ambulance Corps, Donald Williams
and Lorie Lishman, Appellees,**

**v.**

**COMMONWEALTH** of Pennsylvania, **DEPARTMENT OF HEALTH,** Peter J. Jannetta, M.D., in his capacity as Secretary of Health of the Commonwealth of Pennsylvania, Eastern Pennsylvania Emergency Medical Services Council, Gary A. Hoffman, and Monroe County Control Center.

**Appeal of DUNLOCK, LTD., Intervenor.**

Supreme Court of Pennsylvania.

Aug. 20, 1996.

68

## ORDER

PER CURIAM.

AND NOW, this 20th day of August, 1996, the order of the Commonwealth Court granting appellees' application for preliminary and special injunction is AFFIRMED.